# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

TRAVIS McKINNEY,

    Plaintiff,

v.                      CASE NO. 4:09cv444-RH/WCS

DAVID HARVEY et al.,

    Defendants.

_____/

## ORDER DISMISSING THE CLAIMS AGAINST JUDGE SAULS

This case is before the court on the magistrate judge's report and recommendation (document 16). No objections have been filed.

The recommendation is for the dismissal of the plaintiff's claims against the defendant N. Sanders Sauls—the state circuit judge who presided over criminal proceedings against the plaintiff. Judge Sauls has absolute judicial immunity from the claims.

This order expressly determines that there is no just reason for delay and expressly directs the clerk to enter judgment under Federal Rule of Civil Procedure 54(b).

For these reasons,

IT IS ORDERED:

1. The report and recommendation is ACCEPTED and adopted as the court's opinion.

2. All claims against the defendant N. Sanders Sauls are dismissed with prejudice.

3. The clerk must enter judgment stating, "Based on Federal Rule of Civil Procedure 54(b), all claims against the defendant N. Sanders Sauls are dismissed with prejudice."

4. The claims against the other defendants remain pending.

5. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on May 3, 2010.

s/Robert L. Hinkle<br>United States District Judge