IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRAVIS McKINNEY,

    Plaintiff,

v.                                        CASE NO. 4:09cv444-RH/WCS

DAVID HARVEY,
and JASON NEWLIN,

    Defendants.

_____/

## ORDER DENYING MOTION TO AMEND AND
## REMANDING TO MAGISTRATE JUDGE

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 49, and the objections, ECF No. 52. I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The second report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion for leave to file third amended complaint, ECF No. 47, is DENIED. This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED on June 7, 2011.

                                                  s/Robert L. Hinkle
                                                  United States District Judge